IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEISINGER HEALTH, | No. 4:20-CV-00127 |
| Plaintiff, | (Judge Brann) |
| v. | |
| ATLANTICARE HEALTH SYSTEM, INC., MICHAEL CHARLTON and LORI HERNDON, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 30th day of March 2020, in light of the Notice of Dismissal filed on March 27, 2020, ECF No. 4, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge